# In the United States District Court
# For the Middle District of Alabama

| | | |
|---|---|---|
| Wachovia Bank, National Assocation, | ) | **SUMMONS** |
| | ) | |
| Plaintiff(s), | ) | (Issued pursuant to Rule 4 |
| | ) | of the Federal Rules of |
| v. | ) | Civil Procedure or other |
| | ) | appropriate laws.) |
| 5300 Peachtree, L.P., Miles E. Hill, Jr., and Fred Bennett, | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| Defendant(s). | ) | 3:07-cv-1097-WC |

TO DEFENDANT

Miles E. Hill, Jr., 730 North Dean Road, Suite 200, Auburn, AL 36830

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/21/07

*Debra P. Hackett*
_____, CLERK

SEE REVERSE SIDE FOR RETURN

By:

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101

(3/92)

1629163 v1

# In the United States District Court
# For the Middle District of Alabama

| | | |
|---|---|---|
| Wachovia Bank, National Assocation, | ) | **SUMMONS** |
| Plaintiff(s), | ) | |
| | ) | (Issued pursuant to Rule 4 |
| v. | ) | of the Federal Rules of |
| | ) | Civil Procedure or other |
| 5300 Peachtree, L.P., Miles E. Hill, Jr., and Fred Bennett, | ) | appropriate laws.) |
| | ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). | ) | 3:07-CV-1097-WC |

TO DEFENDANT
  5300 Peachtree, L.P., c/o Miles Hill, its Registered Agent, 730 North Dean Road, Suite 200, Auburn, AL 36830

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/21/07

SEE REVERSE SIDE FOR RETURN

_Debra P. Hackett_ CLERK
By: [signature]

Deputy Clerk
(SEAL OF COURT)

NOTE:  A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101

(3/92)

1629160 v1

# In the United States District Court
# For the Middle District of Alabama

| | | |
|---|---|---|
| Wachovia Bank, National Assocation, | ) | **SUMMONS** |
| Plaintiff(s), | ) | |
| v. | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) |
| 5300 Peachtree, L.P., Miles E. Hill, Jr., and Fred Bennett, | ) | |
| Defendant(s). | ) | CIVIL ACTION CASE NUMBER: 3:07-cv-1097-WC |

TO DEFENDANT

Fred Bennett, 730 North Dean Road, Suite 200, Auburn, AL 36830

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/20/07

*Debra P. Hackett*, CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101

(3/92)

1629159 v1