**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger to SouthTrust Bank** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:07-cv-01097-WC** |
| **v.** | ) | |
| | ) | |
| **5300 PEACHTREE, L.P., MILES E. HILL, JR. and FRED BENNETT,** | ) ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## WACHOVIA BANK, NATIONAL ASSOCIATION'S DISCLOSURE STATEMENT

---

COMES NOW Plaintiff Wachovia Bank, N.A., successor by reason of merger with SouthTrust Bank, and in accordance with the order of this Court, does hereby make the following disclosures concerning parent companies, subsidiaries, affiliates, partnerships, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Wachovia Bank, N.A. is a subsidiary of Wachovia Corporation.

Attached hereto is a listing of all subsidiaries of Wachovia Bank, N.A.

/s/ Jennifer A. Harris
D. Christopher Carson (CAR099)
Jason D. Woodard (WOO095)
Jennifer A. Harris (HAR273)

Counsel for Wachovia Bank, N.A.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street

Suite 3400 - Wachovia Tower
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 31st day of December, 2007:

Fred Bennett
730 North Dean Road, Suite 200
Auburn, AL 36830

5300 Peachtree, L.P.
c/o Miles Hill, its Registered Agent
730 North Dean Road, Suite 200
Auburn, AL  36830

Miles E. Hill, Jr.
730 North Dean Road, Suite 200
Auburn, AL  36830

/s/ Jennifer A. Harris
OF COUNSEL

WACHOVIA BANK, N.A.
LIST OF SUBSIDIARIES AS OF 2/01/07

Wachovia Bank, National Association
- -349-59 Lenox LLC
- -AmNet Mortgage, Inc.
    - --American Mortgage Network, Inc
        - ---Wachovia Asset Funding Trust, LLC
    - --American Residential Holdings, Inc.
    - --American Residential Eagle, Inc
        - ---American Residential Eagle 2, Inc.
- -Andalusia Senior Housing, L. P
- -Arbor Glenn L.P.
- -Bacon Housing, L.P.
- -BAFSC/WLC CX HUP I Trust
    - --BAFSC/WLC CX HUP, Ltd.
- -BAFSC/WLC CX HUP II Trust
    - --BAFSC/WLC CX HUP, Ltd.
- -Barrett Place Limited Partnership
- -Barrett Place II Limited Partnership
- -Barry, Evans, Josephs & Snipes, Inc.
    - --Wachovia Insurance Services Broker Dealer, Inc
        - ---First Union Insurance Group Trust I
- -Bart, Inc.
    - --Monument Street Funding, Inc.
    - --The Money Store, LLC
- -Beechridge Limited Partnership
- -BGMCO PA, Inc.
- -Bowler Housing L.P.
- -BR Limited Partnership
- -Business Development Corporation of South Carolina
- -Calibre Advisory Services, Inc.
- -Camellia Court Apartments Limited Partnership
- -Cardinal Holding, Inc.
    - --Cardinal Finance Corporation
        - ---Cardinal Oreo Finance Corporation
    - --Cardinal International Leasing, LLC
        - ---First Union I, Inc.
        - ---Matthew International Sales, Inc.
        - ---Oosterpark, LLC
        - ---RIJK, LLC
        - ---Vondelpark, LLC
    - --Cardinal ST Investments, LLC
- -City Affordable Housing LLC
- -City First Capital III, LLC
- -City First Capital V, LLC
- -CoLTS LLC 2005-1
- -Congress Credit Corporation
- -Consortium America II, LLC
- -CoreStates Capital I
- -CoreStates Capital II
- -CoreStates Capital III
- -CT I Limited Partnership
- -CTB Realty Ventures XXI, Inc.

-Danville Community Development Corporation
-Delaware Trust Company, National Association
      --Evergreen Investment Management Trust
      --Wachovia Trust Company of California
-Equitable Realty Associates, L. P.
-Evergreen Investment Company, Inc. (Charlotte, NC)
      --EIMCO Trust
          ---Evergreen Investment Management Company, LLC
              ----Mentor Perpetual Advisors, L.L.C.
              ----Rohm & Haas Co.
          ---Evergreen Service Company LLC
              ----Evergreen Financing Company, LLC
                  -----Evergreen Worldwide U.S. Dollar Fund, Ltd.
          ---J. L. Kaplan Associates, LLC
      --Evergreen Asset Management Corp.
          ---EIMCO Trust
      --Evergreen Investment Services, Inc.
      --Metropolitan West Capital Management, LLC
      --TCIG NC State Credit Fund, LLC
          ---Boxer Building LLC
-Fairfax County Redevelopment and Housing Authority/HCDC One L.P.
-FFBIC, Inc.
      --Monument Street Funding, Inc.
      --Wachovia Preferred Realty, LLC
-FFL Services Corporation
-First Card Corporation
-First Fidelity Urban Investment Corporation
      --Allentown Development Company, Inc.
-First National Properties, Inc.
-First Penco Realty, Inc.
-First State Service Corporation
-First Union Commercial Leasing Group, L.L.C.
-First Union Holdings, Inc.
      --First Union Financial Investments, Inc.
          ---First Union Commercial Investments, LLC
          ---First Union ST Investments, LLC
-Forefront Capital Advisors, LLC
-General Homes Corp.
-Glen Royall Mill Limited Partnership
-Golfview Associates Limited Partnership
-Greenville Agricultural Credit Corporation
-GS Bridgeport I CDE, LLC
-Hamilton Manor Limited Partnership
-Horace Bushnell Limited Partnership
-Horizon Management Services, Inc.
-Housing Equity Fund of Virginia II, L.P.
-JERSEY CENTER/FIDOREO, INC.
-JPSD, Inc.
      --G. C. Leasing, Inc.
          ---Parkland Manor, L.P.
      --North Hart Run, Inc.
          ---Genesis Gardens, L.P.
          ---North Hart Run Joint Venture
          ---Rocky Creek SC, LP
          ---West Oaks/Finlay Partners III, L.P.
-Lafayette Family L.P.

-Laurel Pointe of Salisbury Limited Partnership
-Manor Ridge Limited Partnership
-Martin's Landing Limited Partnership
-Martin's Landing II Limited Partnership
-Maryland Housing Equity Fund III Limited Partnership
-Meridian Mortgage Corporation
-Metropolitan West Securities, LLC
-Mid-City Community CDE-Operating Fund, LLC
-Monument Street Funding, Inc.
    --2-4 Potter Place Urban Renewal, L.P.
    --Anacuitas Manor, Ltd.
    --Athens Rental Housing, L.P.
    --Augustus Funding, LLC
    --Bell Ridge Associates LLC
    --Brittany Point Apartments Limited Partnership
    --Bull Run Creek Associates, LLC
    --Centurion Funding, Inc.
        ---Augustus Funding, LLC
        ---Centurion Funding, LLC
        ---Monument Street International Funding-II, LLC
            ----First International Advisors, LLC
        ---Monument Street Funding, LLC
            ----Monument Street Funding-II, LLC
    --Cherokee Hills Associates LLC
    --Church Street Senior Housing, L. P.
    --Crestmore Village Apartments Limited Partnership
    --Crestmore Village Apartments Phase II Limited Partnership
    --Eastgate Properties, L.P.
    --Evergreen Apartments, L.P.
    --Greystone of McDonough L.P.
    --Hickory Hollow Senior Apartments Limited Partnership
    --Mercy Housing Georgia I, L.L.L.P.
    --Monument Street International Funding-I, LLC
        ---First International Advisors, LLC
    --Old bridge Urban Renewal, L.P.
    --One South Place, L.P.
    --Pendleton Pines Associates, LLC
    --Ridgetop Realty Associates LLC
    --Rome Rental Housing, L.P.
    --Sable Point Apartments Limited Partnership
    --Sable Point II Apartments Limited Partnership
    --St. Charles Place, L.P.
    --Stoneybrooke Heights Associates LLC
    --Sundial Apartments, L.P.
    --The Exchange Building Limited Partnership
    --Timberleaf Estates Limited Partnership
    --Waterford Manor, L.P.
    --Waterford Manor II, L.P.
    --West Hanover Urban Renewal, L.P.
-MWI-2002, LLC
-New Markets Investment XIII, LLC
-NFPS, Inc.
-NNI Bell Street Limited Partnership
-OmniPlus Capital Corporation
-Orianna Street Limited Partnership
-Oxmoor Center, LLC

-PASS Holding LLC
-Pooled Auto Securities Shelf, LLC
    --Wachovia Auto Owner Trust 2004-A
    --Wachovia Auto Owner Trust 2004-B
    --Wachovia Auto Owner Trust 2005-A
    --Wachovia Auto Owner Trust 2005-B
    --Wachovia Auto Owner Trust 2006-A
-Premium Timberland Sales, Inc.
-Prime Direct LLC
-Questpoint L.P., Inc.
-Renaissance Finance II, LLC
-Residential Asset Funding Corporation
-Richmond Community Development Corporation
-Rohm & Haas Co.
-Savings Associations Financial Enterprises, Inc.
-SC Realty, LLC
-Senior Cottages of Shippensburg, Ltd.
-Settlement Payment Monetization, LLC
-Shenandoah Valley Properties L.P.
    --Craigmont II, L.P.
    --Elkmont Partners, L.P.
    --Grottoes Partners L.P.
    --Willow Lake Partners, L.P.
-Solution Delivery, LLC
-Source One Liquidation, LLC
-SouthTrust Capital Funding Corporation
-SouthTrust Community Reinvestment Company, LLC
    --Alta Ridgewalk, L.L.C.
    --Eastgate Apartments, Ltd.
    --Eclypse-ST CDC I, LLC
    --Eclypse-ST CDC II, LLC
    --SoCo Community Development Company, LLC
-SouthTrust Development Corporation
-SouthTrust International, Inc.
--SouthTrust Hong Kong, Limited
-SouthTrust Mobile Services Funding Corporation
-SouthTrust Mortgage Corporation
-Southwoods Limited Partnership
-SPFE, Inc.
-St. Joseph's Affordable Housing Limited Partnership
-Statesboro Rental Housing, L.P.
-Structured Principal Strategies, LLC
-Sullivan Investments, Inc.
    --Wachovia Multifamily Capital, Inc.
-Summitt PELS Funding, LLC
-SURREY DOWNS/FIDOREO, INC.
-Sycamore Row, LLC
-Tattersall Advisory Group, Inc.
-TAYLORR LAKES/FIDOREO, INC.
-The Money Store, LLC
    --The Money Store/Service Corp.
        ---TMS Special Holdings, Inc.
    --Wachovia Commercial Mortgage Inc.
    --Wachovia Education Finance Inc.
        ---TMS Student Holdings, Inc.
        ---Wachovia Education Loan Funding LLC

----Wachovia Student Loan Trust 2005-1
----Wachovia Student Loan Trust 2006-1
--Wachovia SBA Lending, Inc.
---Wachovia SBA Holdings, Inc.
--WES Holding Corporation
---Wachovia Equity Servicing, LLC
----Equity Insurance Agency, Inc.
----Integrated Capital Group, Inc.
----Princeton Reconveyance Services Inc.
----The Money Store Auto Finance Inc.
-Two APM Plaza, Inc.
-Universal Master Servicing, LLC
-WPFC Asset Funding LLC
-Wachovia Affordable Housing Community Development Corporation
--43 Apple Hill, LLC
--110 Monastery Associates, Limited Partnership
--150 Miami Associates Tenant, LLC
--310 S. Mechanics Lofts Limited Dividend Housing Association, Limited Partnership
--509 Vine Street, L.P.
--660 Master, LLC
--1020 Leavenworth Street Lessee Limited Liability Company
--1368 Euclid Street L.P.
--1368 Euclid Street Tenant L.P.
--1515-1517 St. Johns Place, L.P.
--1700 Associates
--3716 Third Avenue LLC
--Adams at Broad Tenant L.P.
--AHC Limited Partnership-11
---AHC Limited Partnership-l0
--Alhambra Cove Associates, Ltd.
--Annville Housing Limited Partnership
--Apollo Tax Credit Fund-XIV LLC
--Ashmont Investor, LLC
--Battery Park Senior Housing Limited Partnership
--Bayleaf Plantation, LLC
--Beechridge II, LLC
--Belleview L.P.
--Bensalem Senior Apartments, L.P.
--Bethlehem Townhomes, L.P.
--Blanton Green Associates Limited Partnership
--Bluffwalk Center Lessee, L.P.
--Bristow Stebbins Owners, LLC
--Brookwood Senior, LLC
--B-R Penn Tenant, LLC
--CACC Tenant, LP
--Capital.com, Inc.
--Canal Walk Lofts Tenant L.P.
--Canal Walk Lofts II Tenant L.P.
--Canal Walk Lofts II L.P.
--Canton Mill, LLC
--Canterbury of Hilliard, Ltd.
--Capitol Places IV, LLC
--Carriage Court Apartments Limited Partnership
--Centrum-Ironbridge Limited Partnership
--Century Plaza Associates, L.P.
--Chapelridge of Gardendale Limited Partnership

--Chateau Gardens Housing, LLC
--Chateau Limited Partnership
--Chatham Crossing, L.P.
--City Market Lofts Tenant, LLC
--Clifton Park, LLC
--Cobblestone Landing, L.P.
--Cochran Plaza State Credit Partner, LLC
--Coliseum Lofts, L.P.
--Columbia at Mechanicsville Apartments Middle Tier, LLC
       ---Columbia at Mechanicsville Apartments, L.P.
--Colombia at Sylvan Hills, L.P.
--Columbia at Sylvan Hills State Credit Partner, LLC
       ---Columbia at Sylvan Hills, L.P.
-- Columbia Senior Residences at Mechanicsville Apartments Middle Tier, LLC
       ---Columbia Senior Residences at Mechanicsville Apartments, L.P.
--Columbia Senior State Credit Partner, LLC
       ---Columbia Senior Residences at MLK, L.P.
--Columbus RI Operator, LLC
       ---Columbus RI, LLC
--Cookman Restoration L.L.C.
--Creative Choice Homes IX, Ltd.
--Creative Choice Homes X, Ltd.
--Creative Choice Homes XIX, Ltd.
--Creekside at Bellemeade Limited Partnership
--Crosswinds Green Associates Limited Partnership
--CWC MT, LLC
--CWC SCP, LLC
--Davenport Alley, L.P.
--Delaware Trust Master Tenant I LLC
--Downtown Revival Limited Partnership
--Electric Building Tenant LLC
--Elf Tenant, L.P.
--Ellenton Housing Associates, Ltd.
--Elm Lake Apartments, Ltd.
--Fairfax County Redevelopment and Housing Authority/HCDC Two L.P.
--FC Ashton Mill Master Lessee, LLC
--FC CONSOLIDATED MASTER LESSEE, LLC
--Floral Oaks Apartments, Ltd.
--Fond Du Lac Center, LLC
--Forest Glen Main, LLC
--Forest Glen Main Master Tenant, LLC
       ---Forest Glen Main, LLC
--Fountain Park Apts., L.P.
--Fountain Place Associates Limited Partnership
--Franklin Ridge, LLC
--FSD Master Tenant, LLC
       ---Fuller Street Development, LLC
--Garden-Howe Urban Renewal Associates, L.P.
--Gates of Ballston State Credit Investor, LLC
       ---Wachovia Guaranteed Tax Credit Fund WF/CA-2, LLC
--Gatwick Senior Village, L. P.
--Glenburn Associates Limited Partnership
--Gold Rush I Apartments Limited Partnership
--Gold Rush II Apartments Limited Partnership
--Golden Manor, L.P.
--Grafton 66, LLC

--Gramax Associates, Limited Partnership
--Greenleaf Village of Groveland, Ltd.
--Grundy Gardens II Senior Apartments, L.P.
--Gunther HQ Federal LLC
--Hanover Village Associates, L.P.
--Harris Redevelopment State Credit Partner, LLC
      ---Harris Redevelopment Partnership II, L.P.
--Haskell Limited Partnership
--High Meadows Associates, L.P.
--Historic West Elementary, LLC
--Homes for Fredericksburg Limited Partnership
--Hub Building Limited Partnership
--Humble Parkway Apartments Limited Partnership
--Huntington Park Apartments Limited Partnership
--I Square Apts., L.P.
--Jacksonville Affordable Housing, Ltd.
--Jefferson Center, L.P.
--Johnston Mill Master Tenant, LP
     ---Johnston Mill Lofts, L. P.
-- Kardon/Atlantic Associates, L.P.
--Kingsbury Terrace State Credit Partner, LLC
--Knox Homes, L.P.
--L & M Hoe Associates LLC
--La Fontaine Owners, LLC
--Lafayette Family Urban Renewal Associates, L.P., an Urban Renewal Entity
--Lakewood Terrace, LP
--Laurel Park Apartment II, Ltd.
--Laurel Pointe II, LLC
--Legacy Glenn Partnership, LLC
--Legion Manor Associates Limited Partnership
--Liberty Cove LLLP
--Lieutenant's Run, L.P.
--Lincoln Square, L.P.
--Lynhurst Park, L.P.
--Madam C.J. Walker LLC
--Maggie L. Walker Governor's School Tenant, L.P.
--Magnolia Walk Apartments, Ltd.
--Meadow Ridge Senior Apartments Limited Partnership
--Meadows at Brier Creek, LLC
--Meridian Point Senior Apartments Limited Partnership
--Midtown Square, L. P.
--MM Pointe, Ltd.
--Montgomery Homes L. P. IX
--Montgomery Homes Limited Partnership X
--Monarch Place Apts. LP
--Moravian House III, LP
--MV Affordable Housing Associates Limited Partnership
--Oak Crest Apartments of Kannapolis, Ltd.
--Oaks at Brier Creek, LLC
--ODC Selborne House Limited Partnership
--One Market Street, LLC
--OPC Hampton Tenant, L.P.
     ---OPC Hampton, LLC
--Palacio Associates LLC
--Parachute Factory Tenant, LLC
     ---Parachute Factory, LC

--Paramont Theater Tenant L.P.
--Park Ridge Apartments, Ltd.
--Parkland Senior Housing, LP
--Parkview Heights, L.P.
--Paterson Apartments Partners, L.P.
--Paterson Commercial Partners, L.P.
       ---Paterson Commons Schools Associates, L.P.
--Pegasus Villas, Ltd.
--Peppermill Partners, L. P.
--Phoenix Realty Tax Credit Fund V L.P.
--Pittsburgh Phase I, LP
--Pittsburgh Phase II, LP
--Pittsburgh State Credit Partner, LLC
       ---Pittsburgh Phase I, LP
--Pohlig SCP, L.P.
--Porter Commons Apartments, LP
--PSH State Investor, LLC
--Quincy Street Owners, LLC
--Railroad Y L.P.
--Related Club West Housing Associates, Ltd.
--Reservoir Hill Limited Partnership IX
--Reservoir Hill Limited Partnership X
--Reservoir Hill Limited Partnership XI
--Reservoir Hill Limited Partnership XII
--Richmond Green Limited Partnership
--Richmond Park, LLC
--River Roads Senior State Credit Partner, LLC
       ---River Roads Senior, Limited Partnership
--Riverside Urban Renewal Limited Partnership
--Roanoke Higher Education Associates, L.P.
--Roanoke TS Tenant, LP
--Roosevelt Tower - I, LLC
--Rosedale II, LLC
--Rosemont Manor Ltd.
--Royalton Apartments, Ltd.
--Rufina Senior Housing Limited Partnership
--Sagamore Street Associates, L.P.
--Sandalwood Terrace of Ludowici L.P.
--San Diego Creek Apartments, Ltd.
--Saranor Apartments Limited Partnership
--SAS-1600 Arch Street Tenant, L.P.
--Sawmill Lofts Limited Partnership
--SDC Ewing Court, LP
--Sea Pines, L. P.
--Seventeenth Street Lofts Tenant L.P.
       ---Seventeenth Street Lofts L.P.
--Sharp-Leadenhall Rental No. 1, Limited Liability Company
--Shellbrooke Pointe Apartments, Ltd.
--Shenandoah Hotel Associates L.P.
--Sheridan Place of Bradenton Ltd.
--SHHO, L.P.
       ---Shenandoah Hotel Associates L.P.
--Shockoe-Cary Building Tenant, L.P.
--Site 15 Affordable Associates, LLC
--SK 55 Wall LLC
--South Beach Courtyard Development, Ltd.

--South Common I Limited Partnership
--South Street Lofts Tenant L.P.
--Southside Plaza 455 Ltd., L.L.P.
--Southwest Village Limited Partnership
--Spring Brook Meadows I, LLC
--Spring Gate Manor Limited
--Stanton Glenn Limited Partnership
--St. Augustine Villas Housing, L.P.
--Stone Mountain Place Limited Partnership
--Stonecreek Apartments of Mooresville, Ltd.
--Strouse Adler Associates, Limited Partnership
--Studebaker Limited Partnership
--Sun Pointe Park Apartments Limited Partnership
--Superior Warehouse Apartments Tenant, L. P.
--TCB-DVI Calvert Place LLC
--TCB-DVI Morning Glory LLC
--TCIG Tax Credit Fund I, LLC
--TCIG Tax Credit Fund II, LLC
--TDF LP
--The Lofts San Marco Tenant, LLC
       ---The Lofts San Marco, LLC
--Thomasville Hampton Apartments, L.P.
--Thomson Senior Residences, L.P.
--Todd Tenant, L. P.
--Triton PCS, Inc.
--TWC Eighty-Three, Ltd.
--TWC Ninety-Five, Ltd.
--TWC Ninety-Two, Ltd.
--TWC Seventy-Eight, Ltd.
--TWC Seventy-Five, Ltd.
--TWC Seventy-Four, Ltd.
--TWC Seventy-Two, Ltd.
--TX Crist Housing, L.P.
--TX Garth Housing, L.P.
--TX John West Housing, L.P.
--Unity Park Limited Dividend Housing Association LLC
--University Crossing Associates, L.P.
--VCP-Alderman Park Partners, Ltd.
--VCP-Carlington, LLC.
--Villa Biscayne of South Dade, Ltd.
--Virginia Center Associates, L.P.
--Virginia Street SCP, L.P.
--Wachovia Community Development Enterprises, LLC
       --- W Wachovia Community Development Enterprises I, LLC
       ---Wachovia Community Development Enterprises II, LLC
       ---Wachovia Community Development Enterprises III, LLC
       ---Wachovia Community Development Enterprises IV, LLC
       ---Wachovia Community Development Enterprises V, LLC
--Wachovia Community Development Enterprises III, LLC
--Wachovia Community Development Enterprises IV, LLC
--Wachovia Community Development Enterprises V, LLC
--Wachovia FSD SCP, LLC
       ---FSD Master Tenant, LLC
--Wachovia Guaranteed Middle Tier III-A-NC, LLC
--Wachovia Guaranteed Middle Tier IV-PINC, LLC
--West 152 Street Associates LLC

--Westport Apartments, L.P.
--Westville, Ltd.
--Whitney Hotel Limited Partnership
--Willow Ridge Apartments of Greensboro Limited Partnership
--Willow Ridge Associates
-Wachovia Affordable Housing Corp.
--AHG Tax Credit Fund I, L.L.C.
---Flagship Partners, L.P.
---Salem Run Associates, L.P.
---Salem Run Associates II, L.P.
---Salisbury Senior Housing Limited Partnership
--AHG Tax Credit Fund II, L.L.C.
---TWC Eighty-Eight, Ltd.
--AHG Tax Credit Fund III, L.L.C.
---Ashton of Richmond Hill, L. P.
---Arbor Village, L.P.
---Harlingen Community Development Corporation 1, LP
---Spinnaker Reach Apartments of Duval, Ltd.
---Ravenwood of Kissimmee, Ltd.
---River Reach of Orange County, Ltd.
---Yorktown Arms Development Limited Partnership
--AHG Tax Credit Fund IV, L.L.C.
---Green Ridge Associates, LLC
---Lantana Associates, Ltd.
---Sugar Mill Apartments, L.P.
---TWC Ninety-Six, Ltd.
--AHG Tax Credit Fund V, L.L.C.
---TWC Ninety-Seven, Ltd.
---TWC Seventy-Three, Ltd.
--AHG Tax Credit Fund VI, L.L.C.
---Green Gables Apartments, Ltd.
---Indian Run Limited Partnership
---Steeplechase Apartments, Ltd.
---Steeplechase Apartments II, Ltd.
---Vestcor-WR Associates, Ltd.
--AHG Tax Credit Fund VII, L.L.C.
---Cedar Forest Limited Partnership
---Tobacco Row Phase II Associates, L.P.
---West Brickell Apartments, Ltd.
--AHG Tax Credit Fund IX, L.L.C.
---Beaumont Avenue Apartments, L. P.
---Cranford Avenue Apartments, L.P.
---Fairbrooke Apartments Limited Partnership
---Haverhill Affordable Housing, Ltd.
---San Benito Housing, Ltd.
--AHG Tax Credit Fund X, L.L.C.
---Brittany Associates, Ltd.
---Brittany Associates II, Ltd.
---Cannon/Hearthwood Limited Partnership
---Fox Haven Limited Partnership
---Kensington of Kissimmee, Ltd.
---Nantucket Bay Limited Partnership
---Shenandoah Station, L.P.
--AHG Tax Credit Fund XII L.L.C.
---Ashton Pointe, LLP
---Columbia Village, L.P.

---Genesis Gardens, L.P.
---Longview Green Associates, L.P.
---RlHC Partners, L.P.
---VCP-SB Associates, Ltd.
---Vista Point Apartments Limited Partnership
--AHG Tax Credit Fund XIV, L.L.C.
---Charleston Place Limited Partnership
--AHG Tax Credit Fund XVI, L.P.
---Antioch Senior Housing Limited Partnership
---Grundy Gardens II Senior Apartments, L.P.
---Miramar City Lights, A California Limited Partnership
---Williams Landing II Limited Partnership
--AHG Tax Credit Fund XVII, L.P.
---Yorktown Arms II L.P.
--AHG Tax Credit Fund XVIII, LLC
---Blitchton Station, Ltd.
---Cheyenne Apartments PPG Limited Partnership
---Green Gables Apartments II, Ltd.
---Magnolia Walk Apartments II, Ltd.
--First Union Guaranteed Tax Credit Fund I, LLC
---Columbia at Greens, L.P.
---Lake Weston Apartments (Orlando) Limited Partnership
---Willow Key Apartments Limited Partnership
---Willow Trace Limited Partnership
--Gates of Ballston State Credit Investor, LLC
--TCF A/GA-I, LLC
---Columbia at Mechanicsville Apartments, L.P.
---Thomasville Hampton Apartments, L.P.
--TCF AGE/GA, LLC
---Cobblestone Landing, L.P.
---Columbia High Point Estate, L. P.
--TCF A/V-l, LLC
---OPC Hampton SCP, LP
----OPC Hampton, LLC
--TCF BA/F-G, LLC
---Abbington Apartments, LLC
---Kirby Manor, L.P.
---Professional Building, LLC
--TCF BO/F, LLC
---Longhill Grove, L.P.
---Longwood Vista Apartments, LP
---The Reserve at Ivy Creek, L.P.
---Vestcor Fund XIX, Ltd.
--TCF CN/V A-I, LLC
---Market Villas SCP, L.P.
--TCF CN/V A-2, LLC
---CWC SCP, LLC
-- TCF CN/V A-3, LLC
---South Street Lofts SCP L.P.
--TCF CON/GA, LLC
---Alta Ridgewalk, L.L.C.
--TCF GW/F, LLC
---Creekpointe Associates, L.P.
---Gramax Associates, Limited Partnership
---Silver Oaks Village, Ltd.
---Stanton Glenn Limited Partnership

              ---TWC Eighty-Nine, Ltd.
              ---TWC Ninety-Three, Ltd.
              ---TWC Sixty-Four, Ltd.
              ---Vestcor Fund XIV, Ltd.
--TCF GW/GA, LLC
              ---Park laud Manor, L.P.
--TCF GW-2, LLC
              ---Emerald Park, A California Limited Partnership
              ---Fall River/Bay Village Limited Partnership
              ---Hilltop Preserve Limited Partnership
              ---Park laud Associates, L.P.
              ---River Bay Townhomes, L.P.
              ---Temple City Lights, A California Limited Partnership
--TCF HH/GA, LLC
              ---Harris Redevelopment Partnership II, L.P.
--TCF JH/GA, LLC
              ---Eagles Creste Housing Partners, L.P.
              ---Walton Reserve-Seniors, LP
--TCF JP/F, LLC
              ---Fore Hoosier Woods Apartments, L.P.
              ---Overlook at Brook Run Associates, L.P.
              ---Overlook at Brook Run II Associates, L. P.
              ---Summerland Heights III, L. P.
              ---TWC Eighty-Four, Ltd.
              ---Wynona Lipman Arms Urban Renewal Associates, L.P.
--TCF JP/GA, LLC
              ---Eagles Creste Housing Partners, L.P.
--TCF JPM/F, LLC
              ---1118 Adams Street Urban Renewal, LLC
--TCF M/F-l, LLC
              ---Anderson Place, L.P.
              ---Columbia Senior Residences at Mechanicsville Apartments, L.P.
              ---Eagles Creste Housing Partners, L.P.
              ---Loris Gardens, LLC
              ---Rose Harbor Limited Partnership
              ---Southview Green Associates Limited Partnership
              ---Witmer/Columbia Place, A California Limited Partnership
-- TCF NA/V A-I, LLC
              ---American Tobacco SCP, LP
--TCF NA/V A-2, LLC
              ---Suffolk Center for Cultural Arts SCP, L.P.
--TCF NA/V A-3, LLC
              ---Gates of Ballston State Credit Investor, LLC
--TCF P/VA, LLC
              ---CACC SCP, LP
              ---CWC SCP, LLC
              ---Lamont SCP, L.P.
              ---Roanoke TS SCP, LP
--TCF UB-l, LLC
              ---Chapel Trust, Ltd.
              ---Homes at Berlin Limited Partnership
              ---Sunset City Lights, A California Limited Partnership
              ---Vestcor Fund XX, Ltd.
--TCF U/GA-2, LLC
              ---Longwood Vista Apartments, LP
--TCF U/MO, LLC

---River Roads Senior, Limited --TCF USB/F, LLC
---Broadway City Lights, A California Limited Partnership
---Maryland Heights, A California Limited Partnership
---Westwood Vistas, A California Limited Partnership
--TCF U/VA, LLC
    ---Biggs Building SCP, L.P.
    ---Bluffwalk SCP, L.L.C.
    ---Bluffwalk SCP, L.L.C.
        ----Bluffwalk Center, L.P.
    ---City Market Lofts SCP, LLC
        ----City Market Lofts, LLC
    ---Mulberry SCP, L.P.
    ---Parachute Factory SCP, LLC
        ----Parachute Factory, LLC
    ---Paramont Theater SCP L.P.
    ---Pohlig SCP, L.P.
    ---Richmond Hill, L.P.
    ---Seventeenth Street Lofts SCP L.P.
        ----Seventeenth Street Lofts L.P.
-- TCF U/VA-2, LLC
    ---Bluffwalk SCP, L.L.C.
    ---CWC SCP, LLC
    ---Gates of Ballston State Credit Investor, LLC
    ---Nolde Bakery SCP, L.P.
--TCF VZ/GA, LLC
--TCF WF-3, LLC
    ---Cimarron Estates, Ltd.
    ---Gramax Associates, Limited Partnership
    ---St. Phillip Villas, L.P.
    ---Stanton Glenn Limited Partnership
    ---Vestcor Fund XVI, Ltd.
--TCF WF-4, LLC
    ---Bella Castello Family Apartments, L.P.
    ---Liberty Commons Associates, L.C.
    ---Liberty Midtown Properties, L.C.
-- TCIG Guaranteed Tax Credit Fund I, LLC
    ---Columbia at Bells Ferry Partners, L. P.
    ---Magnolia Heights, L. P.
    ---One Pleasant Green Place, Ltd.
    ---Robins Landing, L. P.
    ---Timberlake Apts LP
    ---TWC Ninety-Eight, Ltd.
    ---TWC Ninety-Four, LLC
    ---TWC Ninety-Nine, Ltd.
    ---TWC Ninety-One, Ltd.
    ---Williams Landing Limited Partnership
-- TCIG Guaranteed Tax Credit Fund II, LLC
    ---Arbors at Hickory Creek, L. P.
    ---Columbia High Point Estate, L. P.
    ---Grande Pointe Associates, Ltd.
    ---Laguna Pointe Associates, Ltd.
    ---Magnolia Village, L.P.
    ---Miami River Park Associates, Ltd.
    ---Pacific Park, L.P.
    ---Sugar Mill Associates, Ltd.
    ---Summer Crest Apts, LP

---TWC Eighty-Seven, Ltd.
---TWC Seventy-Six, Ltd.
---TWC Sixty-Eight, Ltd.
---TWC Sixty-Six, Ltd.
---Vestcor Fund XXII, Ltd.
-- TCIG Guaranteed Tax Credit Fund III, LLC
---Ardmore City Lights, A California Limited Partnership
---Brisas Del Mar Limited Partnership
---Chambers Bridge Urban Renewal Housing, L. P.
---Cobb Park Townhomes, L.P.
---Columbia Commons, L. P.
---Columbia Gardens, L.P.
---El Paseo Apartments, L.P., A California Limited Partnership
---Georgia Las Brisas, LP
---Glory Street LLC
---Hemma II, Ltd.
---Heritage Crossing. L. P.
---Jamestown Woods Limited Partnership
---Johnston Mill Lofts, L. P.
---Madison Meadows, LP
---Magnolia Circle, LP
---New Dalton IA LLC
---NHP AHP Cedar Creek Crossing Limited Partnership
---Oconee Springs II, L.P.
---Primrose Houston South Housing, L.P.
---S.H.E. Associates, L.P.
---Siena Gardens Limited Partnership
---The Maples Limited Partnership
---TWC Sixty-Five, Ltd.
---TWC Twenty-Nine, Ltd.
---Villa Capri Apartments Limited Partnership
---Westchester Woods, Ltd.
-- TCIG Guaranteed Tax Credit Fund IV, LLC
---78 Waukesha, LLC
---80 West Allis, LLC
---Belleharbour Apts., L.P.
---Bonanza Pines Limited Partnership
---Cambridge Plaza II, L.P.
---Mountain Park Apartments LLLP
---Parmer Villas Housing, L.P.
---Primrose Houston I Housing, L.P.
---Primrose SA IV Housing, L.P.
---Rocky Creek SC, LP
---TCB-DVI Main Street Townhomes LLC
---TWC Sixty-Seven, Ltd.
---TWC Twenty-Two, Ltd.
---TX Hampton Villas, L.P.
--TCIG Guaranteed Tax Credit Fund V, LLC
---Bachon Investments, L. P.
---Desdemona Limited Partnership
---Fairview Multifamily LLC
---Fore Hoosier Woods II Apartments Limited Partnership
---Hagerstown Robinwood Senior Associates, LLC
---Heatherwilde Estates Housing, L.P.
---One SDI, Ltd.
---Pleasant Valley Courtyards Housing, L.P.

---SDC Investments, L.P.
---TCB Bowling Green Limited Partnership
---TCB Marshall Manor Limited Partnership
-- TCIG Guaranteed Tax Credit Fund VI, LLC
---Arbors at Honey Creek, L.P.
---Cambridge III, L.P.
---Carlisle Family Homes Limited Partnership
---Glen Arbor of Carolina, LLC
---Kensington Court Apartments, LP
---Laurel Park Apartments, Ltd.
---Loewen Development of Wappingers Falls, L.P.
---TCB Bowling Green III Limited Partnership
---TCB Marshall Manor III Limited Partnership
---TWC Seventy-Nine, Ltd.
---TX Acme A South Housing, L.P.
---West Oaks/Finlay Partners III, L. P.
-- TCIG Guaranteed Tax Credit Fund VII, LLC
---Bay Road Housing, L.P.
---Humble Parkway Apartments Limited Partnership
---Sundance Village Limited Partnership
---Tuscan Place Limited Partnership
---Walton Reserve-Seniors, LP
---Wauregan Development LLC
---Westminster Bond Senior Associates, LLC
--TCIG Historic Tax Credit Fund I, LLC
---Totten Tower, L. P.
---Warder Mansion, L. P.
--TCIG Tax Credit Fund I, LLC
---Arbor Cove, Ltd.
---Boilerworks, LLC
---Goodbread Hills, Ltd.
---Harris Redevelopment Partnership II, L.P.
---North Red Oak Limited Partnership
---Pinnacle Pines, Ltd.
---Sutherland Park, L.P.
---The Legacy at Walton Village, L.P.
---Tuscan Place II Limited Partnership
---Ventana Cove Apartments LP
---Woodland Meadows Housing Partners, LLC
--TCIG Tax Credit Fund II, LLC
---Alder Crest L.P.
---Belleville Seniors Apts., L.P.
---Caru Associates, L.P.
---Cathy's Pointe, Ltd.
---Columbia Senior Residences at MLK, L.P.
---Foxchase Village Apartments LP
---Greenridge Apartments, LLC
---HHG I, LLC
---HHG II, LLC
---SDC Luxar Investments, LP
---Walton Village, L.P.
--W/A Tax Credit Fund 2003-1, LLC
---GHG Newport Landing Limited Partnership
---Meadow Landing I Limited Partnership
---Somerset Apts., L.P.
--Wachovia Guaranteed Middle Tier III-A/NC, LLC

---Crosswinds Green II Associates Limited Partnership
---Hawthorne Court, LLC
---Haymount Manor Associates Limited Partnership
---Laurel Pointe, LLC
--Wachovia Guaranteed Middle Tier IV-PINC, LLC
---Fairview Multifamily LLC
---Glory Street LLC
---Morgans Ridge, LLC
---New Dalton IA LLC
---Raeford Green Associates Limited Partnership
---Rosehill West Associates Limited Partnership
--Wachovia Guaranteed Middle Tier IV-P/NC, LLC
---Blanton Green II Associates Limited Partnership
---Legion Manor Associates Limited Partnership
---Morgans Ridge II, LLC
---Rosedale II, LLC
---Spring Brook Meadows I, LLC
--Wachovia Guaranteed Tax Credit Fund-C/GA, LLC
---Columbia at Bells Ferry Partners, L. P.
---Midtown Square, L.P.
---Pacific Park, L. P.
--Wachovia Guaranteed Tax Credit Fund-WF/CA, LLC
---Apple Tree Village Partners, L.P.
---Bentley City Lights, A California Limited Partnership
---Elysian City Lights, A California Limited Partnership
--Wachovia Guaranteed Tax Credit Fund II, LLC
---Ashton Hills, L.P.
---Ashton Landing, L. P.
---Magnolia Arbor, L. P.
---Magnolia Creste, L.P.
--Wachovia Guaranteed Tax Credit Fund III-A/GA, LLC
---Canton Mill, LLC
---Gatwick Senior Village, L. P.
---Magnolia Village, L.P.
--Wachovia Guaranteed Tax Credit Fund III-A/NC, LLC
---Wachovia Guaranteed Middle Tier III-A/NC, LLC
--Wachovia Guaranteed Tax Credit Fund III-CN/GA, LLC
---Alta Ridgewalk, L.L.C.
---Midtown Square, L.P.
---Magnolia Heights, L. P.
--Wachovia Guaranteed Tax Credit Fund IV-P/GA, LLC
---Madison Meadows, L. P.
---Oconee Springs II, L.P.
--Wachovia Guaranteed Tax Credit Fund IV-PINC, LLC
---Wachovia Guaranteed Middle Tier IV-PINC, LLC
--Wachovia Guaranteed Tax Credit Fund IV-V/GA, LLC
---Ashton Court, L. P.
---Baltic Park, L. P.
---Columbia Commons, L.P.
---Heritage Crossing, L. P.
--Johnston Mill Lofts, L.P.
---Madison Meadows, LP
---Magnolia Circle, LP
---Mercy Housing Georgia I, L.L.L.P.
---St. Phillip Villas, L.P.
--Wachovia Guaranteed Tax Credit Fund IV-P/NC, LLC

--Wachovia Guaranteed Tax Credit Fund V-F/M, LLC
    ---Baltic Park, L.P.
    ---Burlington City Lights, A California Limited Partnership
    ---Heatherwood Apartments Limited Partnership
    ---Hilltop Preserve Limited Partnership
--Wachovia Guaranteed Tax Credit Fund V-VA/M, LLC
    ---Canal Walk Lofts SCP L.P.
    ---Canal Walk Lofts II SCP L.P.
       ----Canal Walk Lofts II L.P.
    ---CAROLINA/CONSOLIDATED SCP, L.P.
    ---Clarke CCH SCP, L.P.
    ---Commerce Street Partners, L.P.
    ---Elf SCP, L.P.
    ---Superior Warehouse Apartments SCP, L.P.
    ---Todd SCP L.P.
--Wachovia Guaranteed Tax Credit Fund-WF/CA-2, LLC
    ---AHC Limited Partnership-l0
    ---Ashton Court, L. P.
    ---Betty Anne Gardens, L.P.
    ---Grande Court Kissimmee Associates, Ltd.
    ---Timber Run Limited Partnership
-Wachovia ARM Securitization, LLC
-Wachovia Asset Securitization Holding Corp.
   --Wachovia Asset Securitization Issuance, LLC
-Wachovia Bank and Trust Company (Cayman) Ltd
   --Wachovia Secretaries (Cayman) Ltd.
   --Wachovia Directors (Cayman) Ltd.
-Wachovia Capital Finance Corporation (Central)
-Wachovia Capital Finance Corporation (New England)
   --CFC Acushnet Avenue, LLC
-Wachovia Capital Finance Corporation (Western)
-Wachovia Capital Partners, Inc.
   --Prometheus Investment, LLC
-Wachovia Card Services, National Association
-Wachovia Commercial Mortgage Loan Warehouse Corporation
-Wachovia Commercial Mortgage Securities, Inc.
-Wachovia Community Development Enterprises I, LLC
-Wachovia CRE CDO 2006-1 INVESTOR, LLC
   --Wachovia CRE CDO 2006-1, Ltd.
-Wachovia CRE CDO 2006-1, LLC
-Wachovia Dealer Services, Inc.
   --WDS Receivables LLC
     ---Wachovia Auto Owner Trust 2007-A
     ---Wachovia Auto Loan Owner Trust 2006-1
     ---Wachovia Auto Loan Owner Trust 2006-2
     ---Wachovia Auto Loan Owner Trust 2007-1
     ---Wachovia Auto Loan Owner Trust 2007-2
   --WDS Receivables 2 LLC
   --WestFin Insurance Agency, Inc.
   --WFS Funding, Inc.
     ---WFS Financial 2005-A Owner Trust
   --WFS Receivables Corporation
     ---WFS Financial 2002-1 Owner Trust
     ---WFS Financial 2002-2 Owner Trust
     ---WFS Financial 2002-4 Owner Trust
   --WFS Receivables Corporation 3

           ---WFS Financial 2002-3 Owner Trust
           ---WFS Financial 2003-1 Owner Trust
           ---WFS Financial 2003-2 Owner Trust
           ---WFS Financial 2003-4 Owner Trust
           ---WFS Financial 2004-2 Owner Trust
           ---WFS Financial 2004-3 Owner Trust
           ---WFS Financial 2004-4 Owner Trust
           ---WFS Financial 2005-1 Owner Trust
           ---WFS Financial 2005-2 Owner Trust
           ---WFS Financial 2005-3 Owner Trust
        --WFS Web Investments
-Wachovia Defeasance Alta Mira Shopping Center LLC
-Wachovia Defeasance BACM 2000-2 LLC
-Wachovia Defeasance BACM 2001-1 LLC
-Wachovia Defeasance BACM 2002-2 LLC
-Wachovia Defeasance BACM 2003-1 LLC
-Wachovia Defeasance BOA-FUNB 2001-3 LLC
-Wachovia Defeasance BSCMS 1999-Cl LLC
-Wachovia Defeasance BSCMS 1999-Cl II LLC
-Wachovia Defeasance BSCMS 1999-WF2 LLC
-Wachovia Defeasance BSCMS 2000-WFI LLC
-Wachovia Defeasance BSCMS 2000-WF2 LLC
-Wachovia Defeasance BSCMS 2002-PBWI LLC
-Wachovia Defeasance BSCMS 2002-Top6 LLC
-Wachovia Defeasance BSCMS 2003-Topl0 LLC
-Wachovia Defeasance BSCMS 2003-Top12 LLC
-Wachovia Defeasance BSCMS 2004-PWR3 LLC
-Wachovia Defeasance Chase 1997-2 LLC
-Wachovia Defeasance Chase 1999-2 LLC
-Wachovia Defeasance Chase 1999-2 II LLC
-Wachovia Defeasance Chase 2000-1 LLC
-Wachovia Defeasance Chase 2000-1 II LLC
-Wachovia Defeasance Chase 2000-2 LLC
-Wachovia Defeasance Chase 2000-3 LLC
-Wachovia Defeasance Chase-FUNB 1999-1 LLC
-Wachovia Defeasance Chase-FUNB 1999-1 II LLC
-Wachovia Defeasance Citigronp 2004-Cl CF West Palm LLC
-Wachovia Defeasance CMAC 1999-Cl LLC
-Wachovia Defeasance CMLB 2001-1 LLC
-Wachovia Defeasance CSFB 1997-Cl LLC
-Wachovia Defeasance CSFB 1997-C2 LLC
-Wachovia Defeasance CSFB 1998-C2 LLC
-Wachovia Defeasance CSFB 1998-C2 II LLC
-Wachovia Defeasance CSFB 1999-Cl LLC
-Wachovia Defeasance CSFB 2000-Cl LLC
-Wachovia Defeasance CSFB 2001-CF2 LLC
-Wachovia Defeasance CSFB 2001-CK3 LLC
-Wachovia Defeasance CSFB 2001-CN LLC
-Wachovia Defeasance CSFB 2002-CKPI LLC
-Wachovia Defeasance CSFB 2002-CKS4 LLC
-Wachovia Defeasance CSFB 2002-CP5 LLC
-Wachovia Defeasance CSFB 2003-C3 LLC
-Wachovia Defeasance CSFB 2003-CPNI LLC
-Wachovia Defeasance CSFB 2003-C5 LLC
-Wachovia Defeasance DEUTSCHE COMM 2004-LNB2 LLC
-Wachovia Defeasance DLJ 1998-CGl LLC

-Wachovia Defeasance DLJ 1998-CGl II LLC
-Wachovia Defeasance DLJ 1999-CGl LLC
-Wachovia Defeasance DLJ 1999-CGl II LLC
-Wachovia Defeasance DLJ 1999-CG2 LLC
-Wachovia Defeasance DLJ 1999-CG2 II LLC
-Wachovia Defeasance DLJ 1999-CG3 LLC
-Wachovia Defeasance DLJ 1999-CG3 II LLC
-Wachovia Defeasance DLJ 2000-CFl LLC
-Wachovia Defeasance DLJ 2000-CKPI LLC
-Wachovia Defeasance FUCM 1999-C4 LLC
-Wachovia Defeasance FUCM 1999-C4 II LLC
-Wachovia Defeasance FU-LB 1997-Cl LLC
-Wachovia Defeasance FU-LB 1997-C2 II LLC
-Wachovia Defeasance FUNB 1999-Cl LLC
-Wachovia Defeasance FUNB 1999-Cl II LLC
-Wachovia Defeasance FUNB 1999-C4 LLC
-Wachovia Defeasance FUNB 2000-Cl LLC
-Wachovia Defeasance FUNB 2000-C2 LLC
-Wachovia Defeasance FUNB 2000-C2 II LLC
-Wachovia Defeasance FUNB 2001-C2 LLC
-Wachovia Defeasance FUNB 2001-C3 LLC
-Wachovia Defeasance FUNB 2001-C4 LLC
-Wachovia Defeasance FUNB 2002-Cl LLC
-Wachovia Defeasance FUNB-BOA 2001-Cl LLC
-Wachovia Defeasance FUNB-BOA 2001-Cl II LLC
-Wachovia Defeasance FUNB-BOA 2001-Cl (CRIT NC) LLC
-Wachovia Defeasance FUNB-BOA 2001-Cl (CRIT VA) LLC
-Wachovia Defeasance FUNB-Chase 1999-C2 LLC
-Wachovia Defeasance GE 2002-2 LLC
-Wachovia Defeasance GE 2002-2 II LLC
-Wachovia Defeasance GECCMC 2000-1 LLC
-Wachovia Defeasance GECCMC 2001-1 LLC
-Wachovia Defeasance GECCMC 2001-1 II LLC
-Wachovia Defeasance GECCMC 2001-2 LLC
-Wachovia Defeasance GECCMC 2001-2 II LLC
-Wachovia Defeasance GECCMC 2001-3 LLC
-Wachovia Defeasance GECCMC 2001-3 II LLC
-Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
-Wachovia Defeasance GECCMC 2002-1 LLC
-Wachovia Defeasance GECCMC 2002-3 LLC
-Wachovia Defeasance GECCMC 2003-C2 LLC
-Wachovia Defeasance GECCMC 2004-Cl LLC
-Wachovia Defeasance GECCMC 2004-C2 LLC
-Wachovia Defeasance GECC-Subway LLC
-Wachovia Defeasance GMAC 1997-C2 LLC
-Wachovia Defeasance GMAC 1998-C2 LLC
-Wachovia Defeasance GMAC 1999-Cl LLC
-Wachovia Defeasance GMAC 1999-C2 LLC
-Wachovia Defeasance GMAC 2001-Cl LLC
-Wachovia Defeasance GMAC 2002-C2 LLC
-Wachovia Defeasance GMAC 2002-C3 LLC
-Wachovia Defeasance GMACCM 1997-Cl LLC
-Wachovia Defeasance Greenwich 2002-Cl LLC
-Wachovia Defeasance Greenwich 2002-Cl II LLC
-Wachovia Defeasance Greenwich 2003-Cl LLC
-Wachovia Defeasance Greenwich 2003-C2 LLC

-Wachovia Defeasance Greenwich 2004-GGI LLC
-Wachovia Defeasance GS 1998-Cl LLC
-Wachovia Defeasance GS 2004-Cl LLC
-Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC
-Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
-Wachovia Defeasance HF 1999-PHI LLC
-Wachovia Defeasance HF 1999-PHI II LLC
-Wachovia Defeasance HF 2000 PH-1 LLC
-Wachovia Defeasance JPMC 1999-PLSI LLC
-Wachovia Defeasance JPMC 2000-CI0 LLC
-Wachovia Defeasance JPMC 2001-Cl LLC
-Wachovia Defeasance JPMC 2001-CIBC2 LLC
-Wachovia Defeasance JPMC 2001-CIBC3 LLC
-Wachovia Defeasance JPMC 2002-Cl LLC
-Wachovia Defeasance JPMC 2002-Cl II LLC
-Wachovia Defeasance JPMC 2002-C2 LLC
-Wachovia Defeasance JPMC 2002-CIBC5 LLC
-Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
-Wachovia Defeasance JPMC 2003-Cl LLC
-Wachovia Defeasance JPMC 2003-CIBC6 LLC
-Wachovia Defeasance JPMC 2003-CIBC6 CP Deerfield LLC
-Wachovia Defeasance JPMC 2003-LNI LLC
-Wachovia Defeasance JPMC 2003-MLI LLC
-Wachovia Defeasance JPMC 2004-C2 LLC
-Wachovia Defeasance LB 1998-Cl LLC
-Wachovia Defeasance LB 1998-C4 LLC
-Wachovia Defeasance LB 1998-C4 II LLC
-Wachovia Defeasance LB 1999-Cl LLC
-Wachovia Defeasance LB 1999-Cl II LLC
-Wachovia Defeasance LB 1999-C2 LLC
-Wachovia Defeasance LB-UBS 2000-C3 LLC
-Wachovia Defeasance LB-UBS 2000-C3 II LLC
-Wachovia Defeasance LB-UBS 2000-C4 LLC
-Wachovia Defeasance LB-UBS 2000-C5 LLC
-Wachovia Defeasance LB-UBS 2001-C2 LLC
-Wachovia Defeasance LB-UBS 2001-C2 II LLC
-Wachovia Defeasance LB-UBS 2001-C3 LLC
-Wachovia Defeasance LB-UBS 2001-C31735 North Lynn LLC
-Wachovia Defeasance LB-UBS 2001-C3 II LLC
-Wachovia Defeasance LB-UBS 2001-C7 LLC
-Wachovia Defeasance LB-UBS 2001-C7 II LLC
-Wachovia Defeasance LB-UBS 2002-Cl LLC
-Wachovia Defeasance LB-UBS 2002-Cl II LLC
-Wachovia Defeasance LB-UBS 2002-C2 LLC
-Wachovia Defeasance LB UBS 2002-C2 II LLC
-Wachovia Defeasance LB-UBS 2002-C4 LLC
-Wachovia Defeasance LB-UBS 2002-C7 II LLC
-Wachovia Defeasance LB-UBS 2002-C7 LLC
-Wachovia Defeasance LB-UBS 2002-C7 Independence Shoppingtown LLC
-Wachovia Defeasance LB-UBS 2003-Cl LLC
-Wachovia Defeasance LB-UBS 2003-Cl II LLC
-Wachovia Defeasance LB-UBS 2003-Cl (Clear) LLC
-Wachovia Defeasance LB-UBS 2003-C3 LLC
-Wachovia Defeasance LB-UBS 2003-C5 LLC
-Wachovia Defeasance LB-UBS 2003-C7 LLC
-Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC

-Wachovia Defeasance LB-UBS 2003-C8 LLC
-Wachovia Defeasance LB-UBS 2004-Cl LLC
-Wachovia Defeasance LB-UBS 2004-C6 LLC (
-Wachovia Defeasance Management LLC
    --Wachovia Defeasance BSCMS 1999-Cl LLC
    --Wachovia Defeasance Chase 1999-2 LLC
    --Wachovia Defeasance Chase 2000-1 LLC
    --Wachovia Defeasance Chase-FUNB 1999-1 LLC
    --Wachovia Defeasance CSFB 1998-C2 LLC
    --Wachovia Defeasance DLJ 1998-CGl LLC
    --Wachovia Defeasance DLJ 1999-CGl LLC
    --Wachovia Defeasance DLJ 1999-CG2 LLC
    --Wachovia Defeasance DLJ 1999-CG3 LLC
    --Wachovia Defeasance FUCM 1999-C4 LLC
    --Wachovia Defeasance FUNB 1999-Cl LLC
    --Wachovia Defeasance FUNB 2000-C2 LLC
    --Wachovia Defeasance FUNB-BOA 2001-Cl LLC
    --Wachovia Defeasance GE 2002-2 LLC
    --Wachovia Defeasance GECCMC 2001-2 LLC
    --Wachovia Defeasance GECCMC 2001-3 LLC
    --Wachovia Defeasance Greenwich 2002-Cl LLC
    --Wachovia Defeasance HF 1999-PHI LLC
    --Wachovia Defeasance JPMC 2002-Cl LLC
    --Wachovia Defeasance LB 1998-C4 LLC
    --Wachovia Defeasance LB 1999-Cl LLC
    --Wachovia Defeasance LB-UBS 2000-C3 LLC
    --Wachovia Defeasance LB-UBS 2000-C4 LLC
    --Wachovia Defeasance LB-UBS 2001-C2 LLC
    --Wachovia Defeasance LB-UBS 2001-C3 LLC
    --Wachovia Defeasance LB-UBS 2001-C7 LLC
    --Wachovia Defeasance LB-UBS 2002-Cl LLC
    --Wachovia Defeasance LB-UBS 2002-C7 LLC
    --Wachovia Defeasance LB-UBS 2003-Cl LLC
    --Wachovia Defeasance MLMI 1998-C2 LLC
-Wachovia Defeasance Management II LLC
    --Wachovia Defeasance Alta Mira Shopping Center LLC
    --Wachovia Defeasance BACM 2000-2 LLC
    --Wachovia Defeasance BACM 2002-2 LLC
    --Wachovia Defeasance BACM 2001-1 LLC
    --Wachovia Defeasance BACM 2003-1 LLC
    --Wachovia Defeasance BOA-FUNB 2001-3 LLC
    --Wachovia Defeasance BSCMS 1999-Cl II LLC
    --Wachovia Defeasance BSCMS 1999-WF2 LLC
     --Wachovia Defeasance BSCMS 2000-WFI LLC
    --Wachovia Defeasance BSCMS 2000-WF2 LLC
    --Wachovia Defeasance BSCMS 2002-PBWI LLC
    --Wachovia Defeasance BSCMS 2002-TOP6 LLC
    --Wachovia Defeasance BSCMS 2003-Topl0 LLC
    --Wachovia Defeasance BSCMS 2003-Top12 LLC
    --Wachovia Defeasance BSCMS 2004-PWR3 LLC
    --Wachovia Defeasance Chase 1997-2 LLC
    --Wachovia Defeasance Chase 1999-2 II LLC
    --Wachovia Defeasance Chase 2000-1 II LLC
    --Wachovia Defeasance Chase 2000-2 LLC
    --Wachovia Defeasance Chase 2000-3 LLC
    --Wachovia Defeasance Chase-FUNB 1999-1 II LLC

--Wachovia Defeasance Citigronp 2004-Cl CF West Palm LLC
--Wachovia Defeasance CMLB 2001-1 LLC
--Wachovia Defeasance CSFB 1997-Cl LLC
--Wachovia Defeasance CSFB 1997-C2 LLC
--Wachovia Defeasance CSFB 1998-C2 II LLC
--Wachovia Defeasance CSFB 1999-Cl LLC
--Wachovia Defeasance CSFB 2000-Cl LLC
--Wachovia Defeasance CSFB 2001-CF2 LLC
--Wachovia Defeasance CSFB 2001-CN LLC
--Wachovia Defeasance DEUTSCHE COMM 2004-LNB2 LLC
--Wachovia Defeasance DLJ 1998-CGl II LLC
--Wachovia Defeasance DLJ 1999-CGl II LLC
--Wachovia Defeasance DLJ 1999-CG2 II LLC
--Wachovia Defeasance DLJ 1999-CG3 II LLC
--Wachovia Defeasance FUCM 1999-C4 II LLC
--Wachovia Defeasance FU-LB 1997-Cl LLC
--Wachovia Defeasance FU-LB 1997-C2 II LLC
--Wachovia Defeasance FUNB 1999-Cl II LLC
--Wachovia Defeasance FUNB 1999-C4 LLC
 --Wachovia Defeasance FUNB 2000-Cl LLC
--Wachovia Defeasance FUNB 2000-C2 II LLC
--Wachovia Defeasance FUNB 2001-C2 LLC
--Wachovia Defeasance FUNB 2001-C3 LLC
--Wachovia Defeasance FUNB 2001-C4 LLC
--Wachovia Defeasance FUNB 2002-Cl LLC
--Wachovia Defeasance FUNB-BOA 2001-Cl (CRIT NC) LLC
-- W Wachovia Defeasance FUNB- BOA 2001-Cl (CRIT VA) LLC
--Wachovia Defeasance FUNB-BOA 2001-Cl II LLC
--Wachovia Defeasance FUNB-Chase 1999-C2 LLC
--Wachovia Defeasance GE 2002-2 II, LLC
--Wachovia Defeasance GECCMC 2000-1 LLC
--Wachovia Defeasance GECCMC 2001-1 II LLC
--Wachovia Defeasance GECCMC 2001-2 II LLC
--Wachovia Defeasance GECCMC 2001-3 II LLC
--Wachovia Defeasance GECCMC 2002-1 LLC
--Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
--Wachovia Defeasance GECCMC 2002-3 LLC
--Wachovia Defeasance GECCMC 2003-C2 LLC
--Wachovia Defeasance GECCMC 2004-Cl LLC
--Wachovia Defeasance GECCMC 2004-C2 LLC
--Wachovia Defeasance GECC-Subway LLC
--Wachovia Defeasance GMAC 1997-C2 LLC
--Wachovia Defeasance GMAC 1998-C2 LLC
--Wachovia Defeasance GMAC 1999-Cl LLC
--Wachovia Defeasance GMAC 1999-C2 LLC
--Wachovia Defeasance GMAC 2001-Cl LLC
--Wachovia Defeasance GMAC 2002-C2 LLC
--Wachovia Defeasance GMAC 2002-C3 LLC
--Wachovia Defeasance GMACCM 1997-Cl LLC
--Wachovia Defeasance Greenwich 2002-Cl II LLC
--Wachovia Defeasance Greenwich 2003-Cl LLC
--Wachovia Defeasance Greenwich 2003-C2 LLC
--Wachovia Defeasance Greenwich 2004-GGI LLC
--Wachovia Defeasance GS 1998-Cl LLC
--Wachovia Defeasance GS 2004-Cl LLC
--Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC

--Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
--Wachovia Defeasance HF 1999-PHI II LLC
--Wachovia Defeasance JPMC 2001-CIBC3 LLC
--Wachovia Defeasance JPMC 2002-1 II LLC
--Wachovia Defeasance JPMC 2002-CIBC5 LLC
--Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
--Wachovia Defeasance JPMC 2002-Cl II LLC
--Wachovia Defeasance JPMC 2002-C2 LLC
--Wachovia Defeasance JPMC 2003-Cl LLC
--Wachovia Defeasance JPMC 2003-CIBC6 LLC
--Wachovia Defeasance JPMC 2003-CIBC6 CP Deerfield LLC
--Wachovia Defeasance JPMC 2003-LNI LLC
--Wachovia Defeasance JPMC 2003-MLI LLC
--Wachovia Defeasance JPMC 2004-C2 LLC
--Wachovia Defeasance LB 1998-Cl LLC
--Wachovia Defeasance LB 1998-C4 II LLC
--Wachovia Defeasance LB 1999-Cl II LLC
--Wachovia Defeasance LB 1999-C2 LLC
--Wachovia Defeasance LB-UBS 2000-C3 II LLC
--Wachovia Defeasance LB-UBS 2000-C5 LLC
--Wachovia Defeasance LB-UBS 2001-C2 II LLC
--Wachovia Defeasance LB-UBS 2001-C31735 North Lynn LLC
--Wachovia Defeasance LB-UBS 2001-C3 II LLC
--Wachovia Defeasance LB-UBS 2001-C7 II LLC
--Wachovia Defeasance LB-UBS 2002-Cl II LLC
--Wachovia Defeasance LB-UBS 2002-C2 LLC
--Wachovia Defeasance LB UBS 2002-C2 II LLC
--Wachovia Defeasance LB-UBS 2002-C4 LLC
--Wachovia Defeasance LB-UBS 2002-C7 Independence Shoppingtown LLC
--Wachovia Defeasance LB-UBS 2002-C7 II LLC
--Wachovia Defeasance LB-UBS 2003-Cl (Clear) LLC
--Wachovia Defeasance LB-UBS 2003-Cl II LLC
--Wachovia Defeasance LB-UBS 2003-C3 LLC
--Wachovia Defeasance LB-UBS 2003-C5 LLC
--Wachovia Defeasance LB-UBS 2003-C7 LLC
--Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC
--Wachovia Defeasance LB-UBS 2003-C8 LLC
--Wachovia Defeasance LB-UBS 2004-Cl LLC
--Wachovia Defeasance LB-UBS 2004-C6 LLC
--Wachovia Defeasance MLMI 1998-C2 II LLC
--Wachovia Defeasance MLMI 1998-C3 LLC
--Wachovia Defeasance MLMI 2002-MWI LLC
--Wachovia Defeasance MSCI 1998-HF2 LLC
--Wachovia Defeasance MSCI 1998-WF2 LLC
--Wachovia Defeasance MSCI 1999-FNVI LLC
--Wachovia Defeasance MSCI 1999-LIFEI LLC
--Wachovia Defeasance MSCI 1999-WFI LLC
--Wachovia Defeasance MSCI 2003-1Q6 LLC
--Wachovia Defeasance MSCI 2004-HQ3 LLC
--Wachovia Defeasance MSCI 2003-IQ4 LLC
--Wachovia Defeasance MSCI 2003-IQ6 LLC
--Wachovia Defeasance MSDWCI 2000-LIFE2 LLC
--Wachovia Defeasance MSDWCI 20Ot-Top5 LLC
--Wachovia Defeasance PNCMAC 1999-CMl LLC
--Wachovia Defeasance PSSFC 1999-NRFI LLC
--Wachovia Defeasance PSSFC 2003-PWRI LLC

--Wachovia Defeasance River Terrace LLC
--Wachovia Defeasance SBMS VII 2000-C3 LLC
--Wachovia Defeasance Wachovia 2002-Cl LLC
--Wachovia Defeasance Wachovia 2002-C2 LLC
--Wachovia Defeasance Wachovia 2003-C3 LLC
--Wachovia Defeasance Wachovia 2003-C4 LLC
--Wachovia Defeasance Wachovia 2003-C5 LLC
--Wachovia Defeasance Wachovia 2003-C6 LLC
--Wachovia Defeasance Wachovia 2003-C7 LLC
--Wachovia Defeasance Wachovia 2003-C8 LLC
--Wachovia Defeasance Wachovia 2003-C9 LLC
--Wachovia Defeasance Wachovia 2004-CI0 LLC
--Wachovia Defeasance Wachovia 2004-C12 LLC
--Wachovia Defeasance Wachovia 2004-C14 LLC
-Wachovia Defeasance Management KeyCorp LLC
--Wachovia Defeasance CSFB 2001-CK3 LLC
--Wachovia Defeasance CSFB 2002-CKS4 LLC
--Wachovia Defeasance CSFB 2003-C3 LLC
--Wachovia Defeasance DLJ 2000-CKPI LLC
--Wachovia Defeasance PSSFC 1998-Cl LLC
-Wachovia Defeasance Management-Midland LLC
--Wachovia Defeasance CMAC 1999-Cl LLC
--Wachovia Defeasance CSFB 2002-CKPI LLC
--Wachovia Defeasance CSFB 2002-CP5 LLC
--Wachovia Defeasance CSFB 2003-CPNI LLC
--Wachovia Defeasance CSFB 2003-C5 LLC
--Wachovia Defeasance DLJ 2000-CFl LLC
--Wachovia Defeasance HF 2000 PH-l LLC
--Wachovia Defeasance JPMC 1999-PLSI LLC
--Wachovia Defeasance JPMC 2000-CI0 LLC
--Wachovia Defeasance JPMC 2001-Cl LLC
--Wachovia Defeasance JPMC 2001-CIBC2 LLC
--Wachovia Defeasance SBMS VII 2001-Cl LLC
--Wachovia Defeasance SBMS VII 2001-C2 LLC
-Wachovia Defeasance MLMI 1998-C2 LLC
-Wachovia Defeasance MLMI 1998-C2 II LLC
-Wachovia Defeasance MLMI 1998-C3 LLC
-Wachovia Defeasance MLMI 2002-MWI LLC
-Wachovia Defeasance MSCI 1998-HF2 LLC
-Wachovia Defeasance MSCI 1998-WF2 LLC
-Wachovia Defeasance MSCI 1999-FNVI LLC
-Wachovia Defeasance MSCI 1999-LIFEI LLC
-Wachovia Defeasance MSCI 1999-WFI LLC
-Wachovia Defeasance MSCI 2003-IQ4 LLC
-Wachovia Defeasance MSCI 2003-IQ6 LLC
-Wachovia Defeasance MSCI 2004-HQ3 LLC
-Wachovia Defeasance MSDWCI 2000-LIFE2 LLC
-Wachovia Defeasance MSDWCI 20Ot-Top5 LLC
-Wachovia Defeasance PNCMAC 1999-CMl LLC
-Wachovia Defeasance PSSFC 1998-Cl LLC
-Wachovia Defeasance PSSFC 1999-NRFI LLC
-Wachovia Defeasance PSSFC 2003-PWRI LLC
-Wachovia Defeasance River Terrace LLC
-Wachovia Defeasance SBMS VII 2000-C3 LLC
-Wachovia Defeasance SBMS VII 2001-Cl LLC
-Wachovia Defeasance SBMS VII 2001-C2 LLC

-Wachovia Defeasance Wachovia 2002-Cl LLC
-Wachovia Defeasance Wachovia 2002-C2 LLC
-Wachovia Defeasance Wachovia 2003-C3 LLC
-Wachovia Defeasance Wachovia 2003-C4 LLC
-Wachovia Defeasance Wachovia 2003-C5 LLC
-Wachovia Defeasance Wachovia 2003-C6 LLC
-Wachovia Defeasance Wachovia 2003-C7 LLC
-Wachovia Defeasance Wachovia 2003-C8 LLC
-Wachovia Defeasance Wachovia 2003-C9 LLC
-Wachovia Defeasance Wachovia 2004-CI0 LLC
-Wachovia Defeasance Wachovia 2004-C12 LLC
-Wachovia Defeasance Wachovia 2004-C14 LLC
-Wachovia Employer Solutions, LLC
-Wachovia Encryption Technologies, LLC
-Wachovia Exchange Services, LLC
     --HNB Auto Exchange, LLC
     --PHH Funding, LLC
     --TQI Exchange, LLC
-Wachovia Financial Services, Inc.
     --First Union Commercial Leasing Group, L.L.C.
     --First Union Rail Corporation
          ---Ironbrand Capital LLC
          ---Railcar Investment, LLC
          ---Transportation Equipment Advisors, Inc.
     --Ironbrand Capital LLC
          ---JV Mortgage Capital, Inc.
          ---JV Mortgage Capital, L.P.
     --Oxmoor Center, LLC
     --Railcar Investment, LLC
     --Wachovia International Services Private Limited
     --Wachovia RE, Inc.
     --Wachovia Shared Resources, LLC
-Wachovia Fixed Income Structured Trading Solutions, LLC
-Wachovia Holdings, Inc.
-Wachovia International Banking Corporation
     --Congress Financial Capital (US) Corporation
          ---Congress Financial Capital Company
          ---Wachovia Capital Finance Corporation (Canada)
     --Congress Financial Corporation (Canada)
     --Evergreen Worldwide Distributors, Ltd.
     --First Union Commercial Mortgage Services, Inc.
     --Philadelphia International Equities, Inc.
          ---Philadelphia National Limited
             ----Philadelphia National Limited
          ---Surinvest International Limited
          ---Vector Divisas Casa de Cambio S.A. de C.V.
          ---Wachovia Services Pte. Ltd.
     --Polaris International Securities Investment Trust Co., Ltd.
     --Wachovia Real Estate Korea, Inc.
     --Wachovia Securities International Limited
     --WIBC Aruba N.V.
-Wachovia International Services Private Limited
-Wachovia Large Loan, Inc.
-Wachovia Mortgage Corporation
-Wachovia Mortgage Loan Trust, LLC
-Wachovia Operational Services, LLC

-Wachovia PASS Co., LLC
-Wachovia Preferred Funding Holding Corp.
       --Wachovia Preferred Funding Corp.
            ---Wachovia Preferred Realty, LLC
            --- W Wachovia Real Estate Investment Corp.
-Wachovia Residual Interest Securitization, LLC
-Wachovia Service Corporation
     --LG-306 Murfreesboro TN, LLC
     --LG-310 Clarksville IN, LLC
     --LG-320 Macon GA, LLC
     --LG-328 Huntsville AL, LLC
     --LG-332 W. Monroe LA, LLC
     --LG-340 Savannah GA, LLC
     --LG-348 Orlando FL, LLC
     --LG-354 Lewisville TX, LLC
     --LG-356 Shelby Township MI, LLC
     --LG-369 Decatur AL, LLC
     --LG-375 Canton MI, LLC
     --LG-377 Oxford AL, LLC
     --LG-379 Gallatin TN, LLC
     --LG-381 Evansville IN, LLC
     --LG-394 Austin TX, LLC
     --LG-404 Flowood MS, LLC
     --LG-409 Ft. Oglethorpe GA, LLC
     --LG-432 Beaver Creek OH, LLC
     --LG-435 Bowling Green KY, LLC
-Washington Apartments Associates, Limited Partnership
-WB Loan Funding 1, LLC
-WB Loan Funding 2, LLC
-WB Loan Funding 3, LLC
-WB Loan Funding 4, LLC
-WB Loan Funding 5, LLC
-WB Loan Funding 6 (ONSHORE), LLC
-WB Loan Funding 7 (OFFSHORE), LLC
-WB Loan Funding 8, LLC
-WB Loan Funding 9, LLC
-WB Loan Funding 10, LLC
-WELF Holding LLC
-Western Auto Investments, Inc.
-William Byrd Hotel Associates, L.P.