**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Miles E. Hill, Jr.
   730 North Dean Road, Suite 200
   Auburn, AL  36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tanya C. Doncas_    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tanya Pentacost    1/2/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

07CV1097

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 7430 5825

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   5300 Peachtree, L.P.
   c/o Miles Hill, its Registered Agent
   730 North Dean Road, Suite 200
   Auburn, AL  36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tanya C. Doncas_    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tanya Pentacost    1/2/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

07CV1097

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 7430 5818

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540