IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WACHOVIA BANK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-1097-WC |
| | ) | |
| 5300 PEACHTREE LP, et al.,, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW one of the Defendants, Fred Bennett, and pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.4 of the United States District Court for the Middle District of Alabama, to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Fred Bennet certifies as follows:

Mr. Bennett owns an interest in the following entities:

Bennet and Company, LLC;

The Bennett Group, LLC;

Central Park Owners Associations, Inc.;

Charter Building Owners Association, Inc.;

Charter Building, LLC; and

Conner-Charter/Central Park South, LLC.

Mr. Bennett is a limited partner in the following entities:

Club Continental of Bay Minette, Ltd.;

Cypress Village Ltd.;

Indianwoods II Apartments, Ltd.;

The Meadows Apartments, Ltd.;

Country Squire Apartments, Ltd.;

Cottondale Villas Apartments, Ltd.;

Woodglen Apartments, Ltd.;

Candlewood Apartments, Ltd.;

The Grove Apartments, Ltd.;

Morningside Apartments, Ltd.;

Valley View Apartments, Ltd.;

Whispering Pines Apartments, Ltd.;

Windwood Apartments, Ltd.;

Parktowne Apartments, Ltd.;

Springridge Apartments, Ltd.;

Hillcrest, Ltd.;

Meadows II Ltd.;

Summertree Apartments, Ltd.;

Edgewood Terrace, Ltd.;

Boulevard Apartments, Ltd.;

Eastgate Apartments, LP;

Westbrook Square Apartments, Ltd.;

The Branch Ltd.;

Fair Oaks, Ltd.; and

The Branch II, Ltd.

Bennett and Company, LLC is a member of The Veranda, Ltd.

Bennett and Company, LLC is a member of Country Club GP, LLC.

Bennett and Company, LLC is a general partner of Country Club Cottages.

Bennett and Company, LLC is a limited partner of Country Club Cottages, Ltd.

Bennett and Company, LLC is a limited partner of Caldwell Creek, Ltd.

Bennett and Company, LLC owns 100% of Jordan's Gate, Ltd., which is the general partner of Jordan's Gate GP I, Inc.

Bennett and Company, LLC is a general partner of Washington Plaza Affordable Housing, Ltd.


/s/Lee R. Benton_____
Lee R. Benton
ASB: 8421-E63L


OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 6th day of February, 2008:

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203



/s/Lee R. Benton
Of Counsel