ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
|    Plaintiff/Counterclaim | ) | |
|    Defendant, | ) | CIVIL ACTION FILE |
| v. | ) | NO. 3:07-CV-1097-WC |
| | ) | |
| 5300 PEACHTREE, L.P., | ) | |
| MILES E. HILL, JR., and | ) | |
| FRED BENNETT, | ) | |
| | ) | |
|    Defendants/Counterclaim | ) | |
|    Plaintiffs. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(b), L.R. M.D. Ala., the undersigned applies for admission to the Bar of this Court in order to appear specially in this matter as counsel for Defendants 5300 Peachtree, L.P. and Miles E. Hill, Jr. In support of this Motion, the undersigned states as follows:

1.  I am not admitted to practice before the Supreme Court of Alabama.

2.  I reside in the area encompassed by the United States District Court for the Northern District of Georgia. I am admitted to practice before that court. I am also admitted to practice before the following additional courts:

    (a)  All Georgia state courts, including the Georgia Supreme Court and the Georgia Court of Appeals

    (b)  The United States Eleventh Circuit Court of Appeals;

(c)  The United States District Court for the Middle District of Georgia;

(d)  The United States District Court for the Western District of Pennsylvania; and

(e)  The United States District Court for the Eastern District of Michigan.

3.  Attached to this Motion is an original certificate of good standing provided by the United States District Court for the Northern District of Georgia.  Also attached is a letter of good standing provided by the State Bar of Georgia.

4.  I make this application contemporaneously with the filing of responsive pleadings in the above-styled action on behalf of 5300 Peachtree and Mr. Hill.

5.  I will make arrangements for registration with the Court for filing and receiving notices electronically.

6.  Enclosed with this Motion is a check for $50.00 representing the fee due in connection with this application for special admission in this matter.

This ___8th___ day of February, 2008.

5300_Pro_Hac_Motion_.DOC        MMMBUCKHEAD-#1877483-v1-CHARTER-

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: _____
    William J. Sheppard
    Georgia Bar No. 641980

Attorneys for 5300 Peachtree
and Miles Hill

MMMBUCKHEAD-#1877483-v1-CHARTER-

5300_Pro_Hac_Motion_.DOC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
|     Plaintiff/Counterclaim | ) | |
|     Defendant, | ) | CIVIL ACTION FILE |
| v. | ) | NO. 3:07-CV-1097-WC |
| | ) | |
| 5300 PEACHTREE, L.P., | ) | |
| MILES E. HILL, JR., and | ) | |
| FRED BENNETT, | ) | |
| | ) | |
|     Defendants/Counterclaim | ) | |
|     Plaintiffs. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the within and foregoing **MOTION FOR ADMISSION PRO HAC VICE** to be served upon all parties in the above-styled action via United States Mail, addressed to the following:

> D. Christopher Carson, Esq.
> Jason Woodard, Esq.
> Burr & Forman, LLP
> 420 North 20th Street
> Suite 4300 – Wachovia Tower
> Birmingham, Alabama 35203
>
> Lee R. Benton, Esq.
> Benton & Centeno, LLP
> 2019 Third Avenue
> Birmingham, Alabama 35203

This 8th day of February, 2008.

William J. Sheppard
Georgia Bar No. 641980



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    }
                                                } ss.
**NORTHERN DISTRICT OF GEORGIA**                 }


        I, James N. Hatten, Clerk of the United States District Court for the Northern District

of Georgia,

        **DO HEREBY CERTIFY** that **William Joseph Sheppard, State Bar No. 641980,**

was duly admitted to practice in said Court on August 31, 1992, and is in good standing as a

member of the bar of said Court.

        Dated at Atlanta, Georgia, this 6th day of February, 2008.


JAMES N. HATTEN
CLERK OF COURT

By:                                 
          Cheryl Goins
          Deputy Clerk

# STATE BAR
# OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. William Joseph Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA  30326-1044


**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**      07/10/1992

**Attorney Bar Number:**    641980

Today's Date:     February 6, 2008

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
-**Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
-**Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
-**Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court.  Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Judy Hill*
_____
Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003841
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: MORRIS MANNING AND MARTIN LLP
------------------------------------
PRO HAC VICE
 For: WILLIAM JOSEPH SHEPPARD
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 221205
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

MPHV-

mphv- WILLIAM JOSEPH SHEPPARD


3:07-cv-01097-WC


Wachovia Bank, National Association
v. 5300 Peachtree, L.P. et al
```