IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 3:07-cv-1097-WC |
| v. | ) ) |
| 5300 PEACHTREE, L.P., MILES E. HILL, JR., and FRED BENNETT, | ) ) ) ) |
| Defendants. | ) |

**CORPORATE CONFLICT DISCLOSURE STATEMENT**

COMES NOW Miles E. Hill, Jr., a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 13th day of February 2008.

                                **MORRIS, MANNING & MARTIN, LLP**

                                By: /s/ William J. Sheppard
                                   William J. Sheppard
                                   Georgia Bar No. 641980
                                   Admitted Pro Hac Vice

                              Attorneys for Miles Hill

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000
(404) 365-9532 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-1097-WC ) ) |
| 530 PEACHTREE, L.P., MILES E. HILL, JR., and FRED BENNETT, | ) ) ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing **CORPORATE CONFLICT DISCLOSURE STATEMENT** in the appropriate court of jurisdiction, with notice of same being electronically served by the Court, addressed to the following:

> D. Christopher Carson, Esq.
> Jason Woodard, Esq.
> Burr & Forman, LLP
> 420 North 20th Street
> Suite 4300 - Wachovia Tower
> Birmingham, Alabama 35203
>
> Lee R. Benton, Esq.
> Benton & Centeno, LLP
> 2019 Third Avenue
> Birmingham, Alabama 35203

This 13th day of February, 2008.

/s/ William J. Sheppard
Georgia Bar No. 641980