IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1097-WC |
| | ) | |
| 5300 PEACHTREE, L.P., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendants 5300 Peachtree, L.P.'s and Miles E. Hill, Jr.'s Motion For Admission Pro Hac Vice filed on February 11, 2008, (Doc. #10), on behalf of William J. Sheppard, and it appearing that he is a member in good standing of the United States District Court for the Northern District of Georgia, it is

ORDERED that the Motion (Doc. #10) is GRANTED.

DONE this 15th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE