IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-1097-WC |
| | ) |
| 5300 PEACHTREE, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

March 14, 2008
DATE

SIGNATURE

Fred Bennett
COUNSEL FOR (print name of all parties)

2019 Third Avenue North, Birmingham, AL 35203
ADDRESS, CITY, STATE, ZIP CODE

205/278-8000
TELEPHONE NUMBER