# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 17, 2008

# NOTICE OF ERROR

**To:**       **All Counsel of Record**

**Case Style:   Jackson v. E & R Manufacturing Company, Inc.**

**Case Number:    2:06cv00412-WHA**

**Referenced Pleading:    NOTICE (Consent to Jurisdiction by a US Magistrate Judge)**

**Docket Entry Number:    18**

**The referenced pleading was e-filed by counsel on \*\*\*March 14, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.  This pleading should not be e-filed pursuant to the order of this court (Doc. Entry 17) and the CM/ECF Administrative Procedures.**

**Parties are instructed to disregard #18 docketing entry, which has been stricken from the record as a docketing error.**