**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 19, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Wachovia Bank, National Association v. 5300 Peachtree, L.P. et al
      Civil Action No. 3:07-cv-01097-WC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **3:07-cv-1097-MHT**. This new case number should be used on all future correspondence and pleadings in this action.