IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WACHOVIA BANK, NATIONAL      )
ASSOCIATION, successor by    )
merger to SouthTrust Bank,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      3:07cv1097-MHT
                             )
5300 PEACHTREE, L.P.;        )
MILES E. HILL, JR.; and      )
FRED BENNETT,                )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 15) and alternative motion for more definite statement (Doc. No. 15) are denied.

DONE, this the 20th day of March, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**