IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:07cv1097-MHT |
| | ) |
| 5300 PEACHTREE, L.P., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# ORDER

In light of this case's reassignment to the Honorable Myron H. Thompson, District Judge, it is

ORDERED the scheduling conference set for 4 April 2008, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge is CANCELLED. It is further

ORDERED that the undersigned's Order of March 5, 2008, (Doc. #16) is VACATED.

DONE this 26th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE