IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:07-CV-1097-MHT |
| | ) |
| 5300 PEACHTREE LP, et al.,, | ) |
| | ) |
| Defendants. | ) |

INITIAL DISCLOSURES OF DEFENDANT, FRED BENNETT

COMES NOW one of the Defendants, Fred Bennett, and in conformity with Rule 26(a)(1) F.R.C.P., as well as the Report of Parties Planning Meeting, provides these Initial Disclosures:

1.  The name and related information identified in Rule 26(a)(1)(A)(i) of such individuals is as follows:

(A) Andy Raine - Wachovia Bank c/o Jennifer A. Harris, Burr & Forman, LLP, 3400 Wachovia Tower, 420 20th Street North, Birmingham, Alabama 35203.

It is believed that Mr. Raine would have information relating to the loan and its operation, delays and related measures concerning the construction efforts, refinance or other modification conversations, damages, and the delays described in the Defenses of Mr. Bennett and impact upon Guaranty obligations;

(B) Miles E. Hill, Jr., c/o William J. Sheppard, Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

It is believed that Mr. Hill has information concerning the organization and structure of 5300 Peachtree, L.P., the loan relationship with Wachovia Bank, construction efforts of the project and

delays involved with such project, loan/modification relationships, damages and overall general knowledge of all issues related to the litigation.

(C) "Tanya" c/o of Miles E. Hill, Jr., c/o William J. Sheppard Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

It is believed that Tanya is the assistant to Mr. Hill and may have information relating to the particulars addressed in his identified materials.

(D) Charter Construction - Corporate Representative c/o Miles E. Hill, Jr., c/o William J. Sheppard Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

(E) 5300 Peachtree, LLP - Corporate Representative, c/o William J. Sheppard Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

(F) Walter S. "Corky" Carter - 926 Ridge Road, Dadeville, Alabama

It is believed that Mr. Carter has information concerning the construction process, equity, mandates, refinance, delay issues and similar matters.

(G) Frank Stegall - Construction Inspector, Wachovia Bank, c/o Jennifer A. Harris, Burr & Forman, 3400 Wachovia Tower, 420 20th Street North, Birmingham, Alabama 35203.

It is believed that Mr. Stegall has factual information relating to the construction process and delays.

(I) Leigh Alice Johnson - Charter Development Company, Inc., 730 North Dean Road, Suite 200, Auburn, Alabama 36830.

It is believed that Ms. Johnson has knowledge relating to the construction process, delays, required additional financing any the like.

(J)   Richard P. Carriker - Vice President of Wachovia Bank, c/o Jennifer A. Harris, Burr & Forman, LLP, 3400 Wachovia Tower, 420 20th Street North, Birmingham, Alabama 35203.

Original loan relationship and/or other contractual agreements between the parties.

(K)   Fred Bennett c/o Lee R. Benton, Benton & Centeno, 2019 Third Avenue North, Birmingham, Alabama 35203

Mr. Bennett has information concerning the loan process and overall relationship between 5300 Peachtree, L.P., and Wachovia Bank, some information relating to the construction process and delays, additional funding mandates and limited interaction with Wachovia Bank.

2.   In conformity with Rule 26 (a)(1)(A)(2)(i) an electronic copy of all documents in the possession of this Defendant, as described in such category, will be produced electronically contemporaneously herewith.

3.   This party is not claiming damages at this time and has no insurance with respect to allegations of the Complaint.

/s/Lee R. Benton
Lee R. Benton
ASB: 8421-E63L

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the ____ day of April, 2008:

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203

William Joseph Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

/s/Lee R. Benton
Of Counsel