IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger to SouthTrust Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:07cv1097-MHT (WO) |
| 5300 PEACHTREE, L.P.; MILES E. HILL, JR.; and FRED BENNETT, | ) ) ) ) | |
| Defendants. | ) | |

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 34), it is the ORDER, JUDGMENT, and DECREE of the court that all claims in this action and related to this action by and among the parties are dismissed as follows:

(1) As to Wachovia Bank, National Association, Miles E. Hill, Jr. and Fred Bennett, with prejudice.

(2) As to 5300Peachtree, L.P., without prejudice.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of January, 2009.


       /s/ Myron H. Thompson

UNITED STATES DISTRICT JUDGE